**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Steven F. Foreman v. Jessie P. Foreman

Appellate case number:   01-20-00589-CV

Trial court case number:  2018-56778

Trial court:             270th District Court of Harris County

On January 5, 2021, the court reporter filed two volumes of the reporter's record, which appear to be incomplete. On January 11, 2021, the court reporter filed two volumes of the reporter's record, which appear to be complete. Accordingly, we strike the two volumes of records filed on January 5, 2021. The clerk's record was filed on October 5, 2020. Because the appellate record appears to be complete, we order the following:

Appellant's brief is **ORDERED** to be filed no later than 30 days from the date of this order. *See* TEX. R. APP. P. 38.6(a).

Appellee's brief, if any, is **ORDERED** to be filed within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

It is so **ORDERED**.

Judge's signature: _____/s/ Sherry Radack_____
                   ☑ Acting individually    ☐ Acting for the Court

Date:    January 21, 2021